USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/2021

# LAW OFFICE OF KENNETH J. M[ONTGOMERY]
## P.L.L.C.
## 198 ROGERS AVENUE
## BROOKLYN, NEW YORK 11225
## PH (718) 403-9261 FAX (347) 402-7103
### ken@kjmontgomerylaw.com

MARCH 25, 2021

**BY ECF**
The Honorable Analisa Torres (AT)
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:   *United States v. Olajide Omasanya*, 21 Cr. 39 (AT)

Dear Judge Torres:

    This letter is respectfully made on behalf of my client Mr. Omasanya, who is scheduled to appear next week for a status conference before the Court. I have spoken with the government and both the defense and the government would like to adjourn the matter to the week of April 26th to continue the review of discovery and plea negotiations. The Defense consents to this adjournment if granted by the Court.

    Thank you for the Court's time and consideration in this matter.

                              Respectfully,
                              KennethMontgomery
                              s/
                              Kenneth J. Montgomery

GRANTED. The status conference scheduled for **March 30, 2021**, is ADJOURNED to May 4, 2021, at **2:00 p.m.**

Time until May 4, 2021, is excluded under the Speedy Trial Act, 18 U.S. C. § 3161 (h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow for the Defendant to continue to review discovery and for the parties to continue discussions regarding pretrial dispositions.

SO ORDERED.

Dated: March 29, 2021
       New York, New York

                              ANALISA TORRES
                          United States District Judge