USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/2021

# LAW OFFICE OF KENNETH J. M P.L.L.C.
## 198 ROGERS AVENUE
## BROOKLYN, NEW YORK 11225
## PH (718) 403-9261 FAX (347) 402-7103
### ken@kjmontgomerylaw.com

MAY 3, 2021

**BY ECF**
The Honorable Analisa Torres (AT)
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re: *United States v. Olajide Omasanya*, 21 Cr. 39 (AT)

Dear Judge Torres:

    This letter is respectfully made on behalf of my client Mr. Omasanya, who is scheduled to appear before the Court tomorrow. I have had extensive conversations with the Government regarding plea negotiations and fully expect a disposition in the matter. I would like to adjourn the matter to the last week of June or first week of July. The Defense consents to this adjournment if granted by the Court.

    Thank you for the Court's time and consideration in this matter.

                           Respectfully,

                           *Kenneth J. Montgomery*
                           s/
                           Kenneth J. Montgomery

GRANTED. The status conference scheduled for May 4, 2021, is ADJOURNED to **June 30, 2021**, at **1:00 p.m**.

Time until June 30, 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow for the Defendant to continue discussions regarding pretrial dispositions.

SO ORDERED.

Dated: May 3, 2021
       New York, New York

                           ANALISA TORRES
                           United States District Judge