```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

OLAJIDE OMASANYA,

                Defendant.

21 Cr. 39 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      By letter dated July 19, 2021, the Government requests an adjournment of dates in light of the parties' proposed plea agreement as well as exclusion of time under the Speedy Trial Act. ECF No. 23. Accordingly:

1. The requests are GRANTED.

2. The status conference scheduled for August 5, 2021, and the trial scheduled to begin September 7, 2021, are ADJOURNED *sine die.*

3. The parties shall appear for an in-person change of plea hearing on **September 9, 2021**, at **11:00 a.m.**

4. By **September 2, 2021**, the Government shall e-mail to chambers, the elements of the offense to which Defendant is pleading guilty, and a copy of documents associated with the plea, such as the plea agreement or Pimentel letter, if available, to Torres_NYSDChambers@nysd.uscourts.gov.

5. By **September 2, 2021**, defense counsel shall submit an e-mail with the following information: (1) whether Defendant requires an interpreter; (2) whether Defendant is a U.S. citizen; (3) whether Defendant has any additional pending federal or state criminal matters; (4) Defendant's bail status and whether Defendant will seek a change in that status; and (5) Defendant's proposed plea allocution. (The plea allocution should be a rich factual narrative that incorporates all of the elements of the offense(s) to which Defendant is pleading guilty.)

6. The time from July 19, 2021 to September 9, 2021, is excluded from the Speedy Trial calculation because the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial, in that this will effectuate the pretrial resolution of this matter and allow the parties time to prepare for the change of plea hearing.  *See* 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: July 20, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge