USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/14/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

Olajide Omosanya Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

21-CR- 39 (AT)( )

Defendant __Olajide Omosanya__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

____ Initial Appearance/Appointment of Counsel

____ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

____ Bail/Revocation/Detention Hearing

__X__ Status and/or Scheduling Conference

____ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_____
Defense Counsel's Signature

__Olajide Omosanya__
Print Defendant's Name

__Kenneth J. Montgomery__
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

__9/14/21__
Date

_____
U.S. District Judge/U.S. Magistrate Judge