USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/2021

# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
## 198 ROGERS AVENUE
## BROOKLYN, NEW YORK 11225
## PH (718) 403-9261 FAX (347) 402-7103
## ken@kjmontgomerylaw.com

SEPTEMBER 24, 2021

**BY ECF**
The Honorable Analisa Torres (AT)
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:   *United States v. Olajide Omasanya*, 21 Cr. 39 (AT)

Dear Judge Torres:

    My client Mr. Omasanya has secured employment at a company called Arctronics. For employment verification purposes the employer is requesting that a copy of his passport or birth certificate be provided to them. Those materials are in the possession of pretrial services. I am requesting that the Court order Pretrial Services to photocopy those documents and provide them to me. I have communicated with the Government and the Government has no objection to this request.

    GRANTED.

    SO ORDERED.

    Dated: September 27, 2021
           New York, New York

*[signature]*

ANALISA TORRES
United States District Judge