```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

OLAJIDE OMASANYA,

                      Defendant.

21 Cr. 39 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled for January 11, 2022, is ADJOURNED to **January 26, 2022**, at **10:00 a.m.**, and will proceed in-person, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse.  To gain entry to 500 Pearl Street, follow the instructions provided here:

    https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf.

    All individuals must practice social distancing at all times in the courthouse.  Individuals must wear a mask that covers their nose and mouth at all times in the courthouse.  Bandanas, gaiters, and masks with valves are not permitted.

    Defendant's submissions are due two weeks prior to sentencing.  The Government's submission is due one week prior to sentencing.

    SO ORDERED.

Dated: December 21, 2021
       New York, New York

                                                    ANALISA TORRES
                                           United States District Judge