UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

         -against-

OLAJIDE OMASANYA,

                  Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/2022
```

21 Cr. 39 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The sentencing scheduled for January 26, 2022, is ADJOURNED to **March 16, 2022**, at **10:00 a.m.** Defendant may submit an updated submission two weeks prior to sentencing. The Government's submission is due one week prior to sentencing.

      SO ORDERED.

Dated: January 18, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge