```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

OLAJIDE OMASANYA,

                    Defendant.

21 Cr. 39 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled for March 16, 2022, is ADJOURNED to **April 19, 2022**, at **2:00 p.m.** Defendant may submit an updated submission two weeks prior to sentencing. The Government's submission is due one week prior to sentencing.

    SO ORDERED.

Dated: February 25, 2022
       New York, New York

ANALISA TORRES
United States District Judge