USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/19/2022_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

OLAJIDE OMASANYA,

                Defendant.

21 Cr. 39 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Defendant was sentenced by the Court on April 19, 2022, to 60 months' imprisonment. Defendant is remanded to the custody of the United States Marshals.

    SO ORDERED.

Dated: April 19, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge